UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOSES HOBBS, Jr.,

       Plaintiff,                           Case No. 1:14-CV-121

v.                                                HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 18, 2015, Magistrate Judge Hugh W. Brenneman, Jr., issued a Report and Recommendation ("R&R") (ECF No. 16) recommending that the Commissioner's decision be reversed and the case remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED**  that the Magistrate Judge's June 18, 2015, R&R  (ECF No. 16) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's decision is **REVERSED** and the matter is **REMANDED** for proceedings consistent with this Court's opinion.


Dated: July 13, 2015                                       /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                UNITED STATES DISTRICT JUDGE